IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

GERALD J. LOFARO,

    Plaintiff,

v.

THE PARTNERSHIPS AND UNINCORPORATED
ASSOCIATIONS IDENTIFIED ON SCHEDULE "A",

    Defendants.

Case No.: 1:23-cv-16002

Judge Martha M. Pacold

Magistrate Judge Maria Valdez

## NOTICE OF DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff hereby files this Notice of Voluntary Dismissal, without prejudice, as to the following Defendant(s) identified on Schedule A of the Complaint:

| NO. | DEFENDANT |
|---|---|
| 57 | CBB Home Decor |
| 8 | MagiDent |
| 114 | Haizhilan home decoration project |
| 22 | Salabomia |
| 39 | Lisa Luo |
| 51 | quanzhoushikaichi |
| 62 | showudesigns workshop |
| 80 | Howilath-US |
| 89 | LONGXR |
| 85 | DDLBiz |
| 88 | Exte 🔥 6-12 days Fast Delivery |
| 42 | YHYA |
| 133 | Banemi |
| 154 | KnBoB |
| 184 | Koudehua womens clothes |
| 185 | HSGTRH |
| 187 | Wiueurtly |
| 189 | Sunhillsgrace.Co. Ltd |
| 190 | LINNAO Ltd |
| 194 | Beppter Learning |
| 196 | Timerunfa |
| 199 | Xuehua |

| | |
|---|---|
| 201 | Me LLC |
| 202 | WANYNG INC |
| 61 | CHAQLIN |
| 27 | Som Lam |
| 28 | LOWORO |
| 44 | LACOMA |
| 49 | Bosness |
| 63 | stmedazm |
| 64 | Log Zog |
| 116 | weiyixing |
| 79 | TikMox |
| 35 | NTETSN |
| 181 | SmartCustom Shop |
| 81 | MR.DINOSAURCHEF |
| 55 | FiveEarl 3D Funny Clothes |
| 179 | FaceYee |
| 180 | RUMOD |
| 16 | newhero |
| 34 | SHGUORZ |
| 90 | HEJANG |
| 69 | WuYiBingxiaodian |
| 66 | iWrot |
| 70 | ComeTrue |
| 7 | aBETTER |
| 24 | niiore |
| 40 | FS Mall |
| 45 | Roseanne Equipment |
| 186 | PTZETIAN |

DATED: January 15, 2024

Respectfully submitted,

*/s/ Keith A. Vogt*
Keith A. Vogt (Bar No. 6207971)
Keith Vogt, Ltd.
33 W. Jackson Blvd., #2W
Chicago, Illinois 60604
Telephone:312-971-6752
E-mail: keith@vogtip.com

***ATTORNEY FOR PLAINTIFF***

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the above and foregoing document was electronically filed on January 15, 2024 with the Clerk of the Court using the CM/ECF system, which will automatically send an email notification of such filing to all registered attorneys of record.

*/s/ Keith A. Vogt*
Keith A. Vogt