## IN THE UNITED STATES DISTRICT COURT FOR
## THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

GERALD J. LOFARO,

          Plaintiff,

v.

THE PARTNERSHIPS AND
UNINCORPORATED ASSOCIATIONS
IDENTIFIED ON SCHEDULE "A",

          Defendants.

Case No. 23-cv-16002

**Judge Martha M. Pacold**

**Magistrate Judge Maria Valdez**

## PRELIMINARY INJUNCTION ORDER

Plaintiff GERALD J. LOFARO ("LoFaro") filed a Motion for Entry of a Preliminary Injunction against the against the fully interactive, e-commerce stores operating under the seller aliases identified in Schedule A to the Complaint and attached hereto (collectively, "Defendants") and using at least the online marketplace accounts identified in Schedule A (the "Defendant Internet Stores"). After reviewing the Motion and the accompanying record, this Court GRANTS LoFaro's Motion in part as follows.

This Court finds LoFaro has provided notice to Defendants in accordance with the Temporary Restraining Order entered December 4, 2023, [18] ("TRO"), and Federal Rule of Civil Procedure 65(a)(1).

This Court also finds, in the absence of adversarial presentation, that it has personal jurisdiction over Defendants because Defendants directly target their business activities toward consumers in the United States, including Illinois. Specifically, LoFaro has provided a basis to conclude that Defendants have targeted sales to Illinois residents by setting up and operating e-commerce stores that target United States consumers using one or more seller aliases, offer

shipping to the United States, including Illinois, and have sold products using infringing versions of LoFaro's federally registered copyrights, which are protected by U.S. Copyright Registration Nos. VA 2-356-006; VA 2-356-539; VA 2-356-276; VA 2-356-138; VA 2-356-833; VA 2-356-828; VA 2-356-543; VA 2-356-837; VA 2-356-541; VA 2-356-267; VA 2-356-285; VA 2-356-274; VA 2-356-536; VA 2-356-538; VA 2-356-259; VA 2-356-291; VA 2-356-831; VA 2-356-303; VA 2-356-305; VA 2-356-156; VA 2-356-280; VA 2-356-270; VA 2-356-146; VA 2-356-092; VA 2-356-331; VA 2-356-301; VA 2-356-141; and VA 2-356-299 (the "Gerald LoFaro Works") to residents of Illinois. In this case, LoFaro has presented screenshot evidence that each Defendant e-commerce store is reaching out to do business with Illinois residents by operating one or more commercial, interactive internet stores through which Illinois residents can and do purchase products using unauthorized versions of the Gerald LoFaro Works. *See* Docket No. [16], which includes screenshot evidence confirming that each Defendant e-commerce store does stand ready, willing and able to ship its unauthorized goods to customers in Illinois bearing infringing versions of the Gerald LoFaro Works.

This Court also finds that the injunctive relief previously granted in the TRO should remain in place through the pendency of this litigation and that issuing this Preliminary Injunction is warranted under Federal Rule of Civil Procedure 65. Evidence submitted in support of this Motion and in support of LoFaro's previously granted Motion for Entry of a TRO establishes that LoFaro has demonstrated a likelihood of success on the merits; that no remedy at law exists; and that LoFaro will suffer irreparable harm if the injunction is not granted.

Specifically, LoFaro has proved a *prima facie* case of copyright infringement because (1) the Gerald LoFaro Works are registered with the U.S. Copyright Office, (2) Defendants are

not licensed or authorized to use any of the Gerald LoFaro Works, and (3) Defendants' use of the Gerald LoFaro Works is causing a likelihood of confusion as to the origin or sponsorship of Defendants' products with LoFaro. Furthermore, Defendants' continued and unauthorized use of the Gerald LoFaro Works irreparably harms LoFaro through diminished goodwill and brand confidence, damage to LoFaro's reputation, loss of exclusivity, and loss of future sales. Monetary damages fail to address such damage and, therefore, LoFaro has an inadequate remedy at law. Moreover, the public interest is served by entry of this Preliminary Injunction to dispel the public confusion created by Defendants' actions. Accordingly, this Court orders that:

1. Defendants, their officers, agents, servants, employees, attorneys, and all persons acting for, with, by, through, under, or in active concert with them be preliminarily enjoined and restrained from:

   a. using the Gerald LoFaro Works or any reproductions, unauthorized copies, or colorable imitations in any manner in connection with the distribution, marketing, advertising, offering for sale, or sale of any product that is not a genuine LoFaro product or not authorized by LoFaro to be sold in connection with the Gerald LoFaro Works;

   b. passing off, inducing, or enabling others to sell or pass off any product as a genuine LoFaro product or any other product produced by LoFaro, that is not LoFaro's or not produced under the authorization, control, or supervision of LoFaro and approved by LoFaro for sale under the Gerald LoFaro Works;

c. committing any acts calculated to cause consumers to believe that Defendants' products are those sold under the authorization, control, or supervision of LoFaro, or are sponsored by, approved by, or otherwise connected with LoFaro; and

d. manufacturing, shipping, delivering, holding for sale, transferring or otherwise moving, storing, distributing, returning, or otherwise disposing of, in any manner, products or inventory not manufactured by or for LoFaro, nor authorized by LoFaro to be sold or offered for sale, and which bear any of LoFaro's registered copyrights, including the Gerald LoFaro Works, or any reproductions, unauthorized copies, or colorable imitations.

2. Defendants shall not transfer or dispose of any money or other of Defendants' assets in any of Defendants' financial accounts.

3. Upon LoFaro's request, Defendants and any third party with actual notice of this Order who is providing services for any of Defendants, or in connection with any of Defendants' Defendant Internet Stores, including, without limitation, any online marketplace platforms such as Amazon Payments, Inc. ("Amazon") and Walmart Inc. ("Walmart"), (collectively, the "Third Party Providers"), shall, within seven (7) calendar days after receipt of such notice, provide to LoFaro expedited discovery, limited to copies of documents and records in such person's or entity's possession or control sufficient to determine:

a. the identities and locations of Defendants, their officers, agents, servants, employees, attorneys, and any persons acting in active concert or participation with them, including all known contact information and all associated e-mail addresses;

b.  the nature of Defendants' operations and all associated sales, methods of payment for services, and financial information, including, without limitation, identifying information associated with the Defendant Internet Stores and Defendants' financial accounts, including Defendants' sales and listing history related to their respective Defendant Internet Stores; and

c.  any financial accounts owned or controlled by Defendants, including their officers, agents, servants, employees, attorneys, and any persons acting in active concert or participation with them, including such accounts residing with or under the control of any banks, savings and loan associations, payment processors or other financial institutions, including, without limitation, Amazon and Walmart, or other merchant account providers, payment providers, third party processors, and credit card associations (e.g., MasterCard and VISA).

4.  Upon LoFaro's request, those with notice of this Order, including the Third Party Providers as defined in Paragraph 3, shall within seven (7) calendar days after receipt of such notice, disable and cease displaying any advertisements used by or associated with Defendants in connection with the sale of infringing goods using the Gerald LoFaro Works.

5.  Any Third Party Providers, including Amazon and Walmart, shall, within seven (7) calendar days of receipt of this Order:

a.  locate all accounts and funds connected to Defendants' seller aliases, including, but not limited to, any financial accounts connected to the information listed in Schedule A hereto, the e-mail addresses identified in Exhibit 2 to the Declaration

of Gerald J. LoFaro, and any e-mail addresses provided for Defendants by third parties; and

b.  restrain and enjoin any such accounts or funds from transferring or disposing of any money or other of Defendants' assets until further order by this Court.

6.  LoFaro may provide notice of the proceedings in this case to Defendants, including service of process pursuant to Fed. R. Civ. P. 4(f)(3), and any future motions, by electronically publishing a link to the Complaint, this Order, and other relevant documents on a website and by sending an e-mail with a link to said website to the e-mail addresses identified in Exhibit 2 to the Declaration of Gerald J. LoFaro and any e-mail addresses provided for Defendants by third parties. The Clerk of the Court is directed to issue a single original summons in the name of "XianYouXianLiNanXiaoYuWenJuDian and all other Defendants identified in the Complaint" that shall apply to all Defendants. The combination of providing notice via electronic publication and e-mail, along with any notice that Defendants receive from payment processors, shall constitute notice reasonably calculated under all circumstances to apprise Defendants of the pendency of the action and afford them the opportunity to present their objections.

7.  Plaintiff's Schedule A to the Complaint [2], Exhibit 2 to the Declaration of Gerald J. LoFaro [16], and the TRO [18] are unsealed.

8.  Any Defendants that are subject to this Order may appear and move to dissolve or modify the Order as permitted by and in compliance with the Federal Rules of Civil Procedure and the Northern District of Illinois Local Rules. Any third party impacted by this Order may move for appropriate relief.

9.      The ten thousand dollar ($10,000) bond posted by LoFaro shall remain with the Court until a final disposition of this case or until this Preliminary Injunction is terminated.

SO ORDERED:

/s/ Martha M. Pacold
Martha M. Pacold
United States District Judge

Dated: January 19, 2024

**Schedule A**

| No. | Defendants |
|-----|------------|
| 1 | XianYouXianLiNanXiaoYuWenJuDian |
| 2 | Aukosy |
| 3 | LMNYWZF |
| 4 | chuangxinshangmao |
| 5 | HT Workshop |
| 6 | dewvrbmuol |
| 7 | aBETTER |
| 8 | MagiDent |
| 9 | huimaizhenpindi |
| 10 | Cai Kai zhong Art |
| 11 | xiangchengshimengpingshineimendian |
| 12 | Ankixssy |
| 13 | lishangmao |
| 14 | ZITMEN |
| 15 | 昆明明宁昊科技有限公司 |
| 16 | newhero |
| 17 | LEAFICS |
| 18 | Anneunique |
| 19 | MuswannaA |
| 20 | zongyun shop |
| 21 | xiejiaqi666 |
| 22 | Salabomia |
| 23 | hujiashangmao12 |
| 24 | niiore |
| 25 | houmashijianjinbaihuoyouxiangongsi |
| 26 | qujingjianjiedianzishangwuyouxiangongsi |
| 27 | Som Lam |
| 28 | LOWORO |
| 29 | Shyhoo Inc. |
| 30 | kaixinyixiao |
| 31 | VIshown |
| 32 | springhong |
| 33 | fangugongsi |
| 34 | SHGUORZ |
| 35 | NTETSN |
| 36 | pingtanyuhandianzishangwugongzuoshi |
| 37 | lengfahai666 |
| 38 | TaoZewenMDJVOMFVOPK |
| 39 | Lisa Luo |

| 40 | FS Mall |
| 41 | WXY ART |
| 42 | YHYA |
| 43 | shanxibokaishaoyushangmaoyouxiangongsi1 |
| 44 | LACOMA |
| 45 | Roseanne Equipment |
| 46 | MEGENN |
| 47 | Blervcyss |
| 48 | RenXiaoYao |
| 49 | Bosness |
| 50 | JSJCHENG |
| 51 | quanzhoushikaichi |
| 52 | Aokaixiyue |
| 54 | HENGJI - US |
| 55 | FiveEarl 3D Funny Clothes |
| 56 | sunguipinghaibaohuihua |
| 57 | CBB Home Decor |
| 58 | xinxiangfeimengshangmaoyouxiangongsi |
| 59 | disanZS |
| 60 | AdoraCute by PatPat |
| 61 | CHAQLIN |
| 62 | showudesigns workshop |
| 63 | stmedazm |
| 64 | Log Zog |
| 65 | WuHanBaiTeGuoJiMaoYiYouXianGongSi |
| 66 | iWrot |
| 67 | KONYUO |
| 68 | kengdufuiy |
| 69 | WuYiBingxiaodian |
| 70 | ComeTrue |
| 71 | AAZzihang9 |
| 72 | LAIRONAN |
| 73 | Hongyan Shopping Mall |
| 74 | DIDAONUMEN01 |
| 75 | Yanwuuh |
| 76 | FedinaShop |
| 77 | Tra Store |
| 78 | Roberts Ellen |
| 79 | TikMox |
| 80 | Howilath-US |
| 81 | MR.DINOSAURCHEF |

| 82 | KUBSHYVC |
|---|---|
| 83 | WORBESTOO |
| 84 | linsongyanhaibao |
| 85 | DDLBiz |
| 86 | Putian Chengxiang District Zhanghesan Trading Co., |
| 87 | CHoppyWAVE |
| 88 | Exte 🔥 6-12 days Fast Delivery |
| 89 | LONGXR |
| 90 | HEJANG |
| 91 | LAOFU |
| 92 | Cross stitch kit factory |
| 93 | ZYHZYHMW |
| 94 | SSZZoo |
| 95 | xiangchengshiqinmiaoshangmaoyouxiangongsi |
| 96 | ZhaiDuo |
| 97 | xiangchengshilvchenshangmaoyouxiangongsi |
| 98 | YongZMY-US |
| 99 | dhsdhi34hv |
| 100 | CCSPDD |
| 101 | HGJTRRD |
| 102 | EN GOO |
| 103 | DIY Melody |
| 104 | gushuai777 |
| 105 | junjun965 |
| 106 | yukoubaihuo |
| 107 | HeNanGuiZhouShangMaoyouXianGongSi |
| 108 | zhaokajiashangmao |
| 109 | lijinhua54789 |
| 110 | liyingyingsm |
| 111 | LVeShop |
| 112 | Creaativedragon |
| 113 | panjinbin54 |
| 114 | Haizhilan home decoration project |
| 115 | SKY365789 |
| 116 | weiyixing |
| 117 | Guotougou |
| 118 | Qifeng Ou Store |
| 119 | 禾登科技 |
| 120 | 绿园区启源五金日杂商店 |

| 121 | Lin Living |
|-----|------------|
| 122 | sichuanlehongtianbindianzishangwuyouxiangongsi |
| 123 | cgbshhfcuwuifjfjmsam |
| 124 | Home Decor Store US |
| 125 | Nimblehuan |
| 126 | HAILIN HOME |
| 127 | yaoyaodoumaoyiyouxiangongsi |
| 128 | hoolhwa e-store |
| 129 | QianMeiYueBaiHuoDian |
| 130 | suifenheshizhuohonggongyipindian |
| 131 | Ruisendike |
| 132 | YXBSDIAN |
| 133 | Banemi |
| 134 | MountRuby |
| 135 | AmDxD |
| 136 | Demison |
| 137 | linye002 |
| 138 | ZHENGGUANGJIAJV |
| 139 | XIJXLK |
| 140 | zhengzhoushiguanchenghuizuquhuabuyuriyongpindian |
| 141 | WANGJUNHUI |
| 142 | RARERZ |
| 143 | Homli |
| 144 | SHICHUNAYAN |
| 145 | shenqiuxianmadongbaihuochaoshi |
| 146 | shenqiuxianminggeriyongpin |
| 147 | Yierkeji |
| 148 | xiang cheng shi rao jun hong an mo dian |
| 149 | RONGYANDU |
| 150 | JUNFEIBAIHUO |
| 151 | XIANGFEILU |
| 152 | guangwutangyaoyeyouxiangongsi |
| 153 | YUXINSHANGPIN |
| 154 | KnBoB |
| 155 | MENGHANSHANGMAO |
| 156 | PU ZHU PA YAN |
| 157 | XIAODONGDIAN |
| 158 | HUOYUTAOBAIHUO |
| 159 | XIAOYUJINGYINGGE |

| 160 | CHENJUNJIAN |
| 161 | CHENYUEGONGYI |
| 162 | HongTaoShangMao |
| 163 | Shopbesepro |
| 164 | ZaaPrint |
| 165 | XIAOCHENGHONG |
| 166 | LIUGANGOO |
| 167 | Xi'an Qu Xiaozhi Cultural Technology Co., Ltd. |
| 168 | luoqingzhongdegongyipindian |
| 169 | yuchongqin098 |
| 170 | delinpostershop |
| 171 | ZOOYUU |
| 172 | hjjluoge |
| 173 | 临沂晟城商贸有限公司 |
| 174 | sheean |
| 175 | XMYZYP |
| 176 | yuanzhouqujinghuayubaihuodian |
| 177 | wangrunlin202101 |
| 178 | haikouchangshiyushangmaoyouxiangongsi |
| 179 | FaceYee |
| 180 | RUMOD |
| 181 | SmartCustom Shop |
| 182 | Home Boutique Corner |
| 183 | Shengmeng |
| 184 | Koudehua womens clothes |
| 185 | HSGTRH |
| 186 | PTZETIAN |
| 187 | Wiueurtly |
| 188 | Honrane |
| 189 | Sunhillsgrace.Co. Ltd |
| 190 | LINNAO Ltd |
| 191 | MMolecule |
| 192 | AceGO |
| 193 | HXUUAE LLC |
| 194 | Beppter Learning |
| 195 | BOTE LLC |
| 196 | Timerunfa |
| 197 | PProton |
| 198 | VASYL Flagship store |
| 199 | Xuehua |

| 200 | Jane Rabbit Co. ltd |
|-----|---------------------|
| 201 | Me LLC |
| 202 | WANYNG INC |
|     |                     |